UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **AKIB ABIOLA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SELECT PORTFOLIO SERVICING INC., et al.,**<br><br>Defendants. | 2:17-CV-13741-TGB-KGA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 59)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's December 15, 2021 Report and Recommendation (ECF No. 59), recommending that the Motion to Enforce Settlement brought by Defendants Select Portfolio Servicing, Inc. and DLJ Mortgage Capital, Inc. (ECF No. 47) be granted.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report .

. . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of December 15, 2021, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Altman's Report and Recommendation of December 15, 2021 (ECF No. 59) is **ACCEPTED** and **ADOPTED**. Defendants' Motion is **GRANTED** and Plaintiff Abiola hereby is directed to comply with the settlement agreement terms.

**SO ORDERED** this 28th day of February, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

2